IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01685-RPM

SHANE CO., a Colorado corporation,

    Plaintiff,

v.

GEORGE THOMPSON d/b/a
GEORGE THOMPSON DIAMOND COMPANY,

    Defendant.

---

ORDER GRANTING STIPULATED MOTION TO CONTINUE PRELIMINARY
INJUNCTION HEARING AND TO CONVERT HEARING TO A STATUS
CONFERENCE

---

    Upon review of the Stipulated Motion for Continuance of Hearing for Preliminary Injunction and to Convert Hearing to a Status Conference [17], filed on March 26, 2008, it is

    ORDERED that stipulated motion to continue preliminary injunction hearing is granted and it is

    FURTHER ORDERED that a status conference is scheduled for April 4, 2008, at 10:00 a.m. in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: March 27th, 2008

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge