IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 4, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 07-cv-01685-RPM

SHANE CO., a Colorado corporation,                                Susan F. Fisher

    Plaintiff,

v.

GEORGE THOMPSON d/b/a                                              John R. Posthumus
GEORGE THOMPSON DIAMOND COMPANY,

    Defendant.

---

## COURTROOM MINUTES
---

**Status Conference**

**1:52 p.m.    Court in session.**

**ORDERED:    Stipulated Motion for Protective Order, filed April 3, 2008 [19], is granted.**

Discussion and counsel answer questions.

Counsel agree area at issue is limited to California.

Discussion regarding trademark "phrase" advertisement media (t.v., radio, print and internet), and survey (methodology, target group, demographics, geographical regions).

Court instructs defendant to obtain and disclose defendant's mailing list.

Counsel agree sample size should be approximately 300.

Court suggests counsel consider use of Spanish language.

Counsel agree trademark at issue is limited to diamonds.
Ms. Fisher states there is no direct evidence of infringement.

Court instructs counsel and experts to confer together.

**2:52 p.m.    Court in recess.**

Hearing concluded. Total time: 1 hr.