IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01685-RPM

SHANE CO., a Colorado corporation,

      Plaintiff,

v.

GEORGE THOMPSON d/b/a
GEORGE THOMPSON DIAMOND COMPANY,

      Defendant.

_____

ORDER FOR STATUS REPORT

_____

      Upon review of the file in this civil action, it is

      ORDERED that counsel shall file a written status report on or before March 9,

2009.

      Dated: February 25th, 2009

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge