IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01685-RPM-MJW

SHANE CO., a Colorado corporation,

    Plaintiff,

v.

GEORGE THOMPSON d/b/a
GEORGE THOMPSON DIAMOND COMPANY,

    Defendant.

---

## ORDER OF WITHDRAWAL OF COUNSEL

---

Upon consideration of Douglas J. Friednash's Motion for Withdrawal of Appearance as Co-Counsel for Plaintiff Shane Co. [24], filed on March 11, 2009, it is

ORDERED that Douglas J. Friednash has no further responsibility as counsel for plaintiff Shane Co. in this matter and his electronic service is terminated in this case.

Dated: March 11th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge