IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01685-RPM-MJW

SHANE CO.,

Plaintiff,

v.

GEORGE THOMPSON DIAMOND COMPANY and
GEORGE THOMPSON,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendant's Motion for Leave to Attend the July 10, 2009, Settlement Conference by Phone, DN 30, filed with the Court on May 7, 2009, is DENIED.  All required parties shall appear in person for the settlement conference.

Date:  May 8, 2009