IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01685-RPM-MJW

SHANE CO., a Colorado corporation,

     Plaintiff,

v.

GEORGE THOMPSON d/b/a
GEORGE THOMPSON DIAMOND COMPANY,

     Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **January 5, 2010, at**

**10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with

the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 1/08).  The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on December 30, 2009.**

     The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.

     Dated: October 28th, 2009

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge