IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01685-RPM-MJW

SHANE CO., a Colorado corporation,

    Plaintiff,

v.

GEORGE THOMPSON d/b/a
GEORGE THOMPSON DIAMOND COMPANY,

    Defendant.

___

ORDER OF WITHDRAWAL OF COUNSEL

___

Pursuant to the Notice of Substitution of Counsel [60] filed June 8, 2011, it is

ORDERED that Gregory C. Smith and Kieran A. Lasater, of the law firm of Fairfield and Woods, P.C., have no further responsibility as counsel for the plaintiff in this matter and the Clerk is directed to terminate their electronic service in this case.

Dated:   June 9th, 2011

                          BY THE COURT:

                          s/Richard P. Matsch

                          Richard P. Matsch, Senior District Judge