IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01685-RPM-MJW

SHANE CO., a Colorado corporation,

    Plaintiff,

v.

GEORGE THOMPSON d/b/a
GEORGE THOMPSON DIAMOND COMPANY,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation of Dismissal with Prejudice under Rule 41(a)(1)(ii) [72] filed November 18, 2011, it is

ORDERED that this action is dismissed with prejudice.

Dated: November 21st, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge